UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MOFFITT, | No. 2:13-cv-2139 CKD P |
| Petitioner, | |
| v. | ORDER |
| MULE CREEK STATE PRISON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Examination of the in forma pauperis request reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

Under Rule 4 of the Rules Governing Section 2254 Cases, the court must review all petitions for writ of habeas corpus and summarily dismiss any petition if it is plain that the petitioner is not entitled to relief. The court will dismiss petitioner's habeas petition as the court can discern no claim presented upon which this court could grant petitioner habeas relief. It appears that petitioner may be alleging that he is the victim of some sort of conspiracy. Petitioner is advised that relief can be granted only for violations of the Constitution, laws, or treaties of the United States, and the petition must set forth facts specifically supporting each claim alleged. Good cause appearing, the court will grant petitioner another opportunity to present a cognizable

claim in an amended petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted leave to proceed in forma pauperis (ECF No. 2).

2. Petitioner's petition for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order.  Failure to file an amended petition within 30 days will result in dismissal of this action.

3. Any amended petition must be filed on the form provided with this order, must name the proper respondent, and must state all claims and prayers for relief on the form; it must bear the case number assigned to this action, and the bear the title "Amended Petition."

4. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Dated:  October 21, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
moff2139.114

2