UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MOFFITT, | No. 2:13-cv-2139 CKD P |
| Petitioner, | |
| v. | ORDER |
| MULE CREEK STATE PRISON, | |
| Respondent. | |

Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has consented to have all proceedings in this action before a United States magistrate judge. See 28 U.S.C. § 636(c).

By order filed October 22, 2013, petitioner's petition was dismissed and thirty days leave to file an amended petition was granted. The thirty day period has now expired, and petitioner has not filed an amended petition or adequately explained why not.

/////
/////
/////
/////
/////
/////

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 |    1. This action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3 |    2. The court declines to issue the certificate of appealability referenced in 28 U.S.C. §

4 | 2253.

5 | Dated: December 3, 2013

                                               _/s/ Carolyn K. Delaney_
                                               CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE

---

1
moff2139.dis